AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CHERYL HALL FRAZIER

V.

ARGENT MORTGAGE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-CV-221-MHT

TO: (Name and address of Defendant)

ARGENT MORTGAGE COMPANY
c/o National Registered Agents, Inc.
150 S Perry St
Montgomery AL 36104-4227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    3-27-08

CLERK                DATE

(By) DEPUTY CLERK