**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Argent Mortgage Company
c/o National Registered Agents Inc.
150 S Perry St
Montgomery AL 36104-4227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A B//    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JAMES

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1:08CV 221
S & C

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0004 3936 0593

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540