IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHERYL HALL FRAZIER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   CIVIL ACTION NO. )   1:08-cv-00221-MHT |
| **ARGENT MORTGAGE COMPANY, LLC,** | ) ) ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

**COMES NOW** the defendant, Argent Mortgage Company, LLC, pursuant to Rule 6(b), Fed. R. Civ. P., and respectfully requests that this Honorable Court enter an Order providing it with additional time to respond to plaintiff Cheryl Hall Frazier's Complaint. In support thereof, Argent Mortgage Company, LLC shows unto the Court the following:

1. The undersigned has just recently been retained to represent Argent Mortgage Company, LLC's interest in this matter.

2. The undersigned respectfully requests an additional three (3) days to file an Answer or otherwise respond to the plaintiff's Complaint. The additional three (3) days will allow the undersigned to collect and review pertinent information and documents to properly respond to the Complaint.

3. The requested extension of time is made before the time has expired.

4. No party will be unduly prejudiced or harmed by the requested three (3) day extension.

1659156 v1

**WHEREFORE**, based upon the foregoing, Argent Mortgage Company, LLC respectfully requests that the Court enter an Order providing it with three (3) additional days to respond to the plaintiff's Complaint.

          Respectfully submitted,

          s/Stephen J. Bumgarner
          Stephen J. Bumgarner

          Attorney for Defendant
          Argent Mortgage Company, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties:

Earl P. Underwood, Jr., Esq.
Law Offices of Earl P. Underwood, Jr.
P. O. Box 969
Fairhope, AL  36533-0969

          s/ Stephen J. Bumgarner
          OF COUNSEL