IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHERYL HALL FRAZIER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL ACTION NO.** |
| **ARGENT MORTGAGE COMPANY, LLC,** | ) **1:08-cv-00221-MHT** ) ) ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Argent Mortgage Company, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, provides the following disclosures:

1. No publicly-held corporation owns 10% or more of its stock.

                                                          Respectfully submitted,

                                                          s/Stephen J. Bumgarner
                                                          Stephen J. Bumgarner

                                                          Attorney for Defendant
                                                          Argent Mortgage Company, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

1659164 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties:

Earl P. Underwood, Jr., Esq.
Law Offices of Earl P. Underwood, Jr.
P. O. Box 969
Fairhope, AL  36533-0969

                                s/ Stephen J. Bumgarner
                                OF COUNSEL