IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ARGENT MORTGAGE COMPANY, )<br>LLC, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>1:08cv221-MHT |

ORDER

It is ORDERED that defendant's motion for extension of time (doc. no. 4) is granted.

DONE, this the 18th day of April, 2008.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE