IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CHERYL HALL FRAZIER,              )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )          1:08cv221-MHT
                                  )
ARGENT MORTGAGE COMPANY,          )
LLC,                              )
                                  )
        Defendant.                )

ORDER

It is ORDERED that the motion to dismiss and alternative motion for a more definite statement (Doc. No. 7) are set for submission, without oral argument, on May 16, 2008, with all briefs due by said date.

DONE, this the 25th day of April, 2008.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE