## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:08-cv-00221-MHT-SRW** |
| **ARGENT MORTGAGE COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Devin C. Dolive, with the law firm of Burr & Forman LLP, and hereby enters his appearance as additional counsel of record for Argent Mortgage Company, LLC.

    Respectfully submitted,

    s/ Devin C. Dolive
    Devin C. Dolive (DOL006)
    ddolive@burr.com

    Attorney for Defendant
    Argent Mortgage Company, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

1666051 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filing to the following:

Earl P. Underwood, Jr., Esq.
Law Offices of Earl P. Underwood, Jr.
P. O. Box 969
Fairhope, AL  36533-0969

                                         s/ Devin C. Dolive
                                         OF COUNSEL