IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO.:1:08-CV-221-MHT |
| ) | |
| **ARGENT MORTGAGE** ) | |
| **COMPANY, LLC.,** ) | |
| ) | |
| Defendant. ) | |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    James Patterson, representing the Plaintiff.

    Devin Dolive and Stephen Bumgarner representing the Defendant.

2.  **Initial Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) by June 6, 2008.

3.  **Discovery Plan**. The parties jointly propose the following discovery plan[1]:

    (1) All discovery commenced in time to be completed by January 22, 2009.

    (2) Maximum of 8 depositions for the Plaintiff and 8 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition, unless extended by agreement of the parties.

---

[1] The parties agree, to the extent possible, that service of discovery can be perfected by e-mail and does not have to be followed by duplicative service through regular U. S. mail. Further, service of pleadings will be perfected upon the filing of the pleading with the court's CM/ECF system, with no party requiring service by U.S. mail.

(3) Maximum of 40 Interrogatories by each party, with responses due within thirty days after service.

(4) Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

(5) Maximum of 40 Requests for Production by each party, with responses due within thirty days after service.

(6) Supplements under Federal Rule of Civil Procedure 26(e) are due 30 days before the close of discovery.

4. **Other Items**.

(1) The parties do not request a conference with the Court before entry of the scheduling order.

(2) Though the parties do not anticipate significant electronic discovery issues, the disclosure or discovery of electronically stored information (ESI) should be handled as follows:

    a. The production of ESI should be done in .pdf format.

    b. If either party withholds information claiming a privilege or protection as trial preparation material, that party must make the claim expressly and shall describe the nature of the documents, communications or things not produced or disclosed which will enable the other party to assess the applicability of the privilege or protection.

    c. The parties agree to implement the provisions of Rule 26(b)(5)(B) to protect any information produced in discovery that is subject to a claim of privilege or of protection as trial preparation material.

(3) Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) are due from the Plaintiff by August 1, 2008, and any such experts shall be made available for deposition by no later than September 1, 2008. Reports from retained experts from the Defendant are due by October 1, 2008, and any such experts shall be made available for deposition by not later than November 1, 2008.

(4) The parties request a pretrial conference in early April, 2009.

(5) All potentially dispositive motions should be filed by January 22, 2009.

(6) Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

(7) Settlement of the case is possible, but at this time alternative dispute resolution procedures do not appear to be necessary. If either of the parties believe the use of ADR procedures may be beneficial in resolving this case, the party/ies will so advise the court.

(8) Final list of trial witnesses and exhibits under Federal Rule of Civil Procedure 26(a)(3) must be served and filed:

    a. By the Plaintiff: 30 days before trial; and

    b. By the Defendant: 30 days before trial.

(9) Objections are to be filed within 15 days after receipt of final list.

(10) This case should be ready for trial term beginning May, 2009.

(11) Trial is expected to last 1-2 days.

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting. Counsel for Plaintiff and counsel for Defendant have reviewed this report and given permission to the undersigned to file this report electronically with the Court on behalf of the parties.

Respectfully submitted this, the 16th day of May, 2008.

        s/ James D. Patterson, Esq.
        Law Offices of Earl P. Underwood, Jr.
        21 South Section Street
        PO Box 969
        Fairhope, Alabama 36533
        Phone: 251.990.5558
        Fax: 251.990.0626
        E-mail: jpatterson@alalaw.com
        **Attorney for Plaintiff**

<u>s/ Devin C. Dolive, Esq.</u>
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL  35203
Phone:  205.458.5332
Fax:     205.244.5630
E-mail: ddolive@burr.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner<br>
Devin Dolive<br>
Burr & Forman, LLP<br>
3400 Wachovia Tower<br>
420 North 20th St.<br>
Birmingham, AL  35203

s/ James D. Patterson
**JAMES D. PATTERSON**