IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CHERYL HALL FRAZIER,            )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )          1:08cv221-MHT
                                )
ARGENT MORTGAGE COMPANY,        )
LLC,                            )
                                )
        Defendant.              )

                            ORDER

    Counsel for defendant having orally informed the

court that defendant does not object, it is ORDERED as

follows:

        (1) Plaintiff's motion to stay (doc. no. 10) is

            granted.

        (2) This case is stayed pending MDL transfer.

        DONE, this the 20th day of May, 2008.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE