## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 29, 2008

## NOTICE OF MDL TRANSFER

**TO:**       **Michael W. Dobbins, Clerk**
              **U. S. District Court**
              **Northern District of Illinois**

**FROM:**     **Clerk's Office**

**Re:**       **In Re: MDL 1715 CTO-42 Ameriquest Mortgage Co. Mortgage Lending**
                **Practices Litigation**
              **USDC/MDAL Civil Action No. 1:08cv221-MHT**
               **Frazier v. Argent Mortgage Company, LLC**
              **USDC/NDIL # 08cv3010**

**The above referenced case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 5/9/08 and filed in your court on 5/27/08.  As  requested in your e-mail dated 5/27/08, the complaint, any amendments, pending  motions and answers, the certified docket sheet and the MDL Transfer Order (Certified) is being e-mailed to you in pdf format.**

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE NORTHERN DISTRICT OF ILLINOIS.**

Case 1:08-cv-00221-MHT-SRW   Document 15   Filed 05/27/2008   Page 1 of 1

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 3 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED: MAY 13, 2008
08CV3010          DAJ
JUDGE ASPEN
MDL1715
08-221

## IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
## LENDING PRACTICES LITIGATION

| | |
|---|---|
| Cheryl Hall Frazier v. Argent Mortgage Co., LLC, | ) |
| M.D. Alabama, C.A. No. 1:08-221 | ) |
| Doretha Bradley, et al. v. Ameriquest Mortgage Co., Inc., | ) |
| S.D. Alabama, C.A. No. 1:08-183 | ) |

MDL No. 1715

## CONDITIONAL TRANSFER ORDER (CTO-42)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 313 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: MAY 27, 2008

ATTEST: A True Copy.   5/29          , 20 08
Certified to _____
Clerk, U. S. District Court,
Middle District of Alabama

BY _____
Deputy Clerk